ROB BONTA
Attorney General of California
KYLE A. LEWIS
Supervising Deputy Attorney General
ISHA VAZIRANI
Deputy Attorney General
State Bar No. 354914
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3478
Fax: (415) 703-5843
E-mail: Isha.Vazirani@doj.ca.gov
*Attorneys for Defendant S. Tumacder*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **GONZALEZ,**<br>Plaintiff,<br>**v.**<br>**S. TUMACDER, et al.,**<br>Defendants. | 3:24-cv-06675-RFL<br><br>**DECLARATION OF I. VAZIRANI IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: The Honorable Rita F. Lin<br>Trial Date: Not Set<br>Action Filed: September 24, 2024 |

I, I. Vazirani, declare:

1. I am an attorney admitted to practice before this Court. I am a Deputy Attorney General employed by the California Department of Justice and assigned counsel for Defendant in this matter. I am competent to testify to the matter set forth in this declaration and, if called upon by this Court, could and would so testify. I submit this declaration in support of Defendant's Motion for Summary Judgment.

2. On June 5, 2025, I remotely deposed Plaintiff Gonzalez ("Plaintiff"). A true and correct copy of the relevant portions of the transcript of this deposition is attached as **<u>Exhibit A</u>**.

3. Plaintiff used the grievance process at Correctional Training Facility to appeal Defendant's decision during Post-Board Unit Classification Committee Hearing on January 9, 2024. A true and correct copy of the response to Plaintiff's grievance is attached as **Exhibit B**.

4. The text of California Code of Regulations Title 15 § 3177, which pertains to family visiting for incarcerated individuals, is attached as **Exhibit C**.

5. The text of California Code of Regulations Title 15 § 3375.2, which pertains to administrative determinants in correctional institutions, is attached as **Exhibit D**.

6. A true and correct copy of a document from Plaintiff's Strategic Offender Management System (SOMS) file indicating his administrative determinants is attached as **Exhibit E**.

7. A true and correct copy of a portion of Plaintiff's arrest record, from his SOMS file, is attached as **Exhibit F**.

8. True and correct copies of the Classification Committee Review and Classification Committee Chrono from Plaintiff's January 9, 2024 Post-Board Unit Classification Committee Hearing are attached as **Exhibit G**.

9. A true and correct copy of a CDC 128-B chrono dated July 18, 1994 is attached as **Exhibit H**.

10. A true and correct copy of the page on CDCR's website pertaining to the effect of placement scores is attached as **Exhibit I**.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing facts are true and correct to the best of my knowledge, recollection, and belief.

Executed on this eighth day of September, 2025, in San Francisco, California.

***/s/ Isha Vazirani***
I. Vazirani

SF2025400340
44789798.docx