# EXHIBIT B

CALIFORNIA DEPARTMENT of Corrections and Rehabilitation

# OFFICE OF GRIEVANCES DECISION

**Offender Name:** GONZALEZ, ERIC LAMONT **Date:** 02/03/2024

**CDC#:** E66196

**Current Location:** CTF-Facility C **Current Area/Bed:** C XW 2 - 222001L

**Log #:** 000000509779

**Claim #: 001**

**Received at Institution/Parole Region:** Correctional Training Facility

**Submitted to Facility/Parole District:** Correctional Training Facility

**Housing Area/Parole Unit:**

**Category:** Offender Classification **Sub-Category:** Issue Arising from a UCC, ICC, or DRB that is NOS

**I. CLAIM**

Claim# 001: Class- Claimant is dissatisfied with their Unit Classification Committee (UCC) Results finalized on 01/09/2024.

**II. RULES AND REFERENCES**

**A. CONTROLLING AUTHORITY**

California Code of Regulations (CCR), Title 15, Section 3375
CCR, Title 15, Section 3177

**B. DOCUMENTS CONSIDERED**

Claimant's grievance, Classification Committee Chrono dated 01/09/2024

**III. REASONING AND DECISION**

On 01/09/2024, Claimant GONZALEZ was seen in UCC for a Post Board Review.

The Committee Action Summary shows that a Post Board Review was only a review which took place on 01/09/2024.

A review of the Classification Chrono lists the Board of Prison Hearings (BPH) recommendations which include stay disciplinary free, earn positive Chronos and participate in Self-Help Groups.

Claimant states, he was not considered for a Violation (VIO) removal and the mandatory minimum placement score of 19 was not removed. Policy states, an Incarcerated Person (IP) who has a VIO Administrative Determinant (AD) imposed currently or who is determined to require review for consideration of a VIO AD shall be eligible for consideration of removal of an existing VIO during the annual classification review.

Claimant also states that UCC failed to address his issue regarding family visiting. After review of the Claimant's Central file, a family visiting application nor a CDCR 128B General Chrono was found, indicating that the Claimant has not applied for Family Visiting. Claimant states that other incarcerated people are allowed to participate but UCC has excluded him. Policy states, that family visits shall not be permitted for inmates convicted of a violent offense or any sex offense where the victim is a minor or family member.

Claimant's annual review is scheduled for July 01, 2024. This review may be conducted thirty days prior to the claimant's review period ending date, during the month due, or thirty days after that date. During this review, if eligible, is when the VIO Review shall take place.

**Confidentiality Notice**: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

Upon reviewing the Strategic Offender Management System (SOMS), Electronic Records Management System (ERMS), and the various documents listed, there is no evidence to support that policy was violated. Claimant was seen in UCC for a Post Board Review. His comments were listed in the Classification Chrono dated 01/09/2024, which state he understood he was not eligible but was requesting a VIO Case by Case Review and Family Visiting consideration. Therefore, the grievance is denied.

**IV. Comments**

A thorough inquiry into the allegations determined there was no policy violated or staff misconduct.

**Decision: Denied**

After a thorough review of all the documents and evidence presented to the Office of Grievances, it is the order of the Office of Grievances to DENY this claim.

If you are dissatisfied with this response you may appeal this decision by mailing the CDCR Form 602-2 included in this response to the California Department of Corrections and Rehabilitation, Office of Appeals. Do not resubmit this claim to the Office of Grievances.

| Staff Signature | Title | Date/Time |
|---|---|---|
| R. Hernandez [HERA020] | Reviewing Authority | 02/02/2024 |

**Confidentiality Notice**: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.