# EXHIBIT A

OK'D TO GO W/W NOTED
MAR 06 1998

CDC# E66196

# ABSTRACT OF JUDGMENT - PRISON COMMITMENT INDETERMINATE SENTENCE

FORM CR 292

X SUPERIOR / ☐ MUNICIPAL / ☐ JUSTICE COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

COURT (I.D.) 190001

BRANCH OR JUDICIAL DISTRICT: CENTRAL CRIMINAL

ORIGINAL FILED
MAR 05 1998
LOS ANGELES SUPERIOR COURT

PEOPLE OF THE STATE OF CALIFORNIA versus
DEFENDANT: GONZALEZ, ERIC LAMONT — XX PRESENT — BA152981 -A
AKA: BKG # 5304488 — ☐ NOT PRESENT

COMMITMENT TO STATE PRISON ABSTRACT OF JUDGMENT — AMENDED ABSTRACT ☐

| DATE OF HEARING (MO) (DAY) (YR) | DEPT. NO | JUDGE | CLERK |
|---|---|---|---|
| 02-18-98 | 119 | JAMES DUNN | T BLAYLOCK |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| D DRISCOLL | C VAZQUEZ | D THORR | X307639 |

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:
☐ ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT ______ (NUMBER OF PAGES)

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO | DAY | YEAR | CONVICTED BY JURY TRIAL | COURT TRIAL | PLEA | CONCURRENT | CONSECUTIVE | 1654 STAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | PC | 664/207(A) | ATTEMPTED KIDNAPPING | 97 | 12 | 09 | 97 | X | | | | | |
| 4 | PC | 220 | ASSAULT W/ INTENT COMMIT FELONY | 97 | 12 | 09 | 97 | X | | | | | X |

2. ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS (mainly in the § 12022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC.: For each count list enhancements horizontally. Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add up time for enhancements on each line and enter the total in right-hand column.

| Count | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 12022(B)(1) | 1 | | | | | | | | | 1 |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRISON PRISON TERMS (mainly § 667-series) and OTHER: List all enhancements based on prior convictions or prior prison terms charged and found true. If 2 or more under the same section, repeat it for each enhancement (e.g., if 2 non-violent prior prison terms under § 667.5(b), list § 667.5(b) 2 times). Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add time for these enhancements and enter total in right-hand column. Also enter here any other enhancement not provided for in space 2.

| Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 667(A)(1) | 5 | | | | | | | | | 5 |

4. Defendant was sentenced to State Prison for an indeterminate term:
A. ☐ For LIFE WITHOUT THE POSSIBILITY OF PAROLE on counts ______
B. ☐ For LIFE WITH POSSIBILITY OF PAROLE on counts ______
E. ☐ For other term prescribed by law on counts ______ (Specify term on separate sheet if necessary.)
C. ☐ For 15 years to life, WITH POSSIBILITY OF PAROLE on counts ______
D. XX For 25 years to life, WITH POSSIBILITY OF PAROLE on counts 3

PLUS enhancement time shown above.

5. ☐ Indeterminate sentence shown on this abstract to be served ☐ consecutive to ☐ concurrent with any prior incompleted sentence(s)

6. Other Orders: (List all consecutive/concurrent sentence relationships, fines, etc. if not shown above)

1202.45 $5000.00 - suspended - See Remittitur

(Use an additional page if necessary.)

7. XX The Court advises the defendant of all appeal rights in accordance with rule 470, California Rules of Court. (AFTER TRIAL ONLY)

8. EXECUTION OF SENTENCE IMPOSED:
A. XX AT INITIAL SENTENCING HEARING B. ☐ AT RESENTENCING PURSUANT TO DECISION ON APPEAL C. ☐ AFTER REVOCATION OF PROBATION D. ☐ AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d)) E. ☐ OTHER ______

9. DATE OF SENTENCE PRONOUNCED (MO) (DAY) (YR) 02-18-98 — CREDIT FOR TIME SPENT IN CUSTODY — TOTAL DAYS 261 INCLUDING: ACTUAL LOCAL TIME 227 — LOCAL CONDUCT CREDITS 34 — STATE INSTITUTIONS ☐ DMH ☐ CDC

10. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
XX FORTHWITH ☐ AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
☐ CALIF. INSTITUTION FOR WOMEN—FRONTERA ☐ CCWF—CHOWCHILLA X CALIF. INSTITUTIONS FOR MEN—CHINO ☐ DEUEL VOC INST.
☐ WASCO ☐ SAN QUENTIN ☐ R.J. DONOVAN
☐ OTHER (SPECIFY) ______

CLERK OF THE COURT

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

| DEPUTY'S SIGNATURE | DATE |
|---|---|
| P PASCUAL | 03-05-98 |

SUPERIOR COURT LOS ANGELES COUNTY CALIFORNIA

This form is prescribed under Penal Code § 1213.5 to satisfy the requirements of § 1213 for indeterminate sentences. Attachments may be used but must be referred to in this document.

Form Approved by the Judicial Council of California Effective January 1, 1993

ABSTRACT OF JUDGMENT - PRISON COMMITMENT - INDETERMINATE
CR 292

Pen. C. § 1213.5

DISTRIBUTION: PINK COPY—COURT FILE YELLOW COPY—DEPARTMENT OF CORRECTIONS WHITE COPY—ADMINISTRATIVE OFFICE OF THE COURTS

E66196-5000.Backfile.pdf 09/02/2025 09:55:15