ROB BONTA
Attorney General of California
KYLE A. LEWIS
Supervising Deputy Attorney General
ISHA VAZIRANI
Deputy Attorney General
State Bar No. 354914
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3478
Fax: (415) 703-5843
E-mail: Isha.Vazirani@doj.ca.gov
*Attorneys for Defendant*
*S. Tumacder*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **GONZALEZ,** Plaintiff, **v.** **TUMACDER, et al.,** Defendants. | 3:24-cv-06675-RFL<br>**DECLARATION OF C. BAETA IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br>Judge: The Honorable Rita F. Lin<br>Trial Date: Not Set<br>Action Filed: September 24, 2024 |

I, C. Baeta, declare:

1. I am employed by the California Department of Corrections and Rehabilitation (CDCR) in the Regulation and Policy Management Branch as a Staff Services Manager II. Before that, I was employed as a Staff Services Manager I, Associate Governmental Program Analyst, and Correctional Peace Officer. I have been employed by CDCR a total of 26 years. I am competent to testify to the matters set forth in this declaration and, if called upon by this Court, could and would do so. I submit this declaration in support of Defendant's Motion for Summary Judgment.

2. The Regulation and Policy Management Branch facilitates and manages the revision, publication, distribution, and archiving of the regulations in California Code of Regulations, Title 15, Division 3, Chapter 1 and the statewide operational policies. My work duties include supervision of those functions and services.

3. Attached as **Exhibit A** is a true and correct copy of California Code of Regulations Title 15 § 3174, which was in effect on June 7, 1996. California Code of Regulations Title 15 § 3174(e)(1) stated that family visits were to be denied for inmates convicted of any sex offense. California Code of Regulations Title 15 § 3174(e)(2) stated that family visits were prohibited for inmates serving a life sentence without a parole eligibility date established by the Board of Parole Terms (now the Board of Parole Hearings).

4. From at least June 7, 1996 to present, family visiting regulations prohibited/prohibits family visits for incarcerated persons convicted of PC 261, rape.

5. From June 7, 1996 through March 19, 2003, California Code of Regulations Title 15 § 3174 prohibited family visits for incarcerated persons sentenced to a term of life without a parole date set by the Board of Prison Terms or Board of Parole Hearings.

6. Effective March 20, 2003, the regulation pertaining to family visiting was amended and moved from California Code of Regulations Title 15 § 3174 to § 3177. The current regulation for family visiting remains within California Code of Regulations Title 15 § 3177.

7. Attached as **Exhibit B** is a true and correct copy of Administrative Bulletin (AB) 94/10 (AMENDED) dated July 14, 1994.

I declare under penalty of perjury that I have read this document, and its contents are true and correct to the best of my knowledge.

9/2/2025

Executed on ______ day in September, 2025, in ___________, California.

DocuSigned by:
C [redacted] Baeta
5E902EE56D784B1...

SF2025400340
44776781.docx